| Attorney or Party without Attorney:<br>SEAN P. REIS, ESQ., Bar #184044<br>THE REIS LAW FIRM, APC<br>30021 TOMAS STREET<br>SUITE 300<br>RANCHO SANTA MARGARITA, CA 92688<br>Telephone No: (714) 352-5200   FAX No: (714) 352-5201 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | |
| Plaintiff: VIRGINIA KULESA | | | | | |
| Defendant: PC CLEANER, INC. | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV12-725 JVS(ANx) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER ENTERING AND CONTINUING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; DECLARATION OF BENJAMIN H. RICHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.

3. a. Party served:       PC CLEANER, INC., a California corporation, c/o Wolfgang Kovach, Esq.
   b. Person served:     Samantha Young, Agent for Service of process SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   28202 Cabot Road
   Suite 300
   LAGUNA NIGUEL, CA 92677

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2012 (2) at: 2:50PM

7. **Person Who Served Papers:**
   a. JOHN LOSCH

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone  (714) 541-1110
   Fax            (714) 541-8182
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $145.66
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   912
      (iii) County:                 Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, May. 18, 2012

   (JOHN LOSCH)
   9466636;kc.searei.450754

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS & COMPLAINT**