UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 12-0725 FMO (ANx) | Date | August 29, 2013 |
| Title | Virginia Kulesa v. PC Cleaner, Inc. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Julieta Lozano | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Richman | Will Edmonson |

**Proceedings:**    Motion for Preliminary Approval of Class Action Settlement [73]

    Motion hearing held. Court and counsel confer regarding plaintiff's Motion for Preliminary Approval of Class Action Settlement.

    Accordingly, IT IS ORDERED that:

    1. Plaintiff's Motion for Preliminary Approval of Class Action Settlement **(Document No. 73)** is **denied without prejudice**.

    2. Plaintiff shall file another motion for preliminary approval of class action settlement on or before **September 12, 2013.**

|  | 00 : 14 |
|---|---|
| Initials of Preparer | jloz |