Kulesa V. PC Cleaner, Inc
Case No. 8:12-cv-00725-FMO-AN
Class Member: Lakyn VanOpstall
Current: 1389 Donwoods Ln
         RPB FL 33411
Prior: 157 Jefferson St
       Jamestown KY 42629
Email: lakynvanopstall@aol.com (or) lvanopstall0001@lctcs.e

I Ms. VanOpstall consider myself to be a part of the settlement class, I not only purchased the PC Cleaner Pro, but had failed attempts in using this software. As well as, unresponded emails through its website when I requested, at least 3 times, for help using this software and/or a full refund for services unrecieved and/or unattainable. I further object to a ten dollar settlement because this is less than half the price I spent to obtain this software, I recieved no response, as prior stated, and no rendered services. An appearance to this hearing is not possible. Also, given that this company and it's faulty software and disconcerned representatives are the cause for my loss and their own, any fees on my behalf I request be covered in full, along with a full refund, by PC Cleaner Inc. I refuse to pay for this companies faults; through recieving only $10.00 which has been countlessly unjustified.

FILED
CLERK, U.S. DISTRICT COURT
APR 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



VanOpstall, Larry D
1359 Dogwoods Ln
RPB FL 33411

Clerk Of The Court:
U.S. Dist. Ct. C.D. Cal.
312 North Spring Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FOREVER