Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

*Attorneys for Plaintiff and the Settlement Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KULESA, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>  v.<br><br>PC CLEANER, INC., a California corporation,<br><br>      *Defendant*. | Case No. 8:12-cv-00725-FMO-AN<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION AND MEMORANDUM WITH EXCESS PAGES**<br><br>Date: May 29, 2014<br>Time: 10:00 a.m.<br>Location: Courtroom 22, 5th Floor<br>Judge: Hon. Fernando M. Olguin |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 29, 2014, at 10:00 a.m. PT, or as soon thereafter as this matter may be heard, Plaintiff Virginia Kulesa will appear, through counsel, before the Honorable Fernando M. Olguin, or any judge sitting in his stead, in Courtroom 22, 5th Floor, of the United States District Courthouse for the Central District of California, Los Angeles Division, located at 312 North Spring Street, Los Angeles, California 90012, and then and there move the Court for an Order granting her leave to file a Motion and Memorandum of Law in Support of Final Approval of the Parties' proposed class action Settlement, Incentive Award and Attorneys' Fees in excess of the Court's twenty-five page limit. In support of the instant motion, Plaintiff states as follows:

1. By Order entered February 10, 2014, the Court preliminarily approved the Parties' proposed class action Settlement and, *inter alia*, set April 28, 2014 as the deadline for Kulesa to file her Motion for Final Approval of the Settlement.

2. In order to adequately address (i) the factual and procedural posture of the case and the Parties' Settlement, (ii) the fairness, adequacy and reasonableness of the Parties' Settlement, (iii) Kulesa request for reasonable attorneys' fees and an incentive award, the Motion for Final Approval exceeds the Court's twenty-five page limit.

3. Specifically, Kulesa's Motion for Final Approval includes a total of thirty-six (36) pages of substance.

4. Prior to filing the instant motion, Kulesa's counsel conferred with counsel for Defendant and is authorized to state that Defendant has no objection to the relief requested herein.

5. Good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

6. Attached hereto as Exhibit 1 is a true and accurate copy of Kulesa's proposed Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement Agreement, Incentive Award, and Attorneys' Fees.

**WHEREFORE,** Plaintiff Virginia Kulesa, respectfully requests that the Court enter an Order (i) granting her leave to file her Motion and Memorandum in Support of Final Approval, the substance of which shall not exceed thirty-six (36) pages *instanter*, and (ii) awarding such other and further relief as the Court deems equitable and just.

Respectfully submitted,

**VIRGINIA KULESA**, individually and on behalf of all others similarly situated,

Dated: April 28, 2014

By: /s/ Benjamin H. Richman
     One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

## CERTIFICATE OF SERVICE

I, Benjamin H. Richman, an attorney, hereby certify that on April 28, 2014, I served the above and foregoing *Plaintiff's Unopposed Motion for Leave to File Motion and Memorandum with Excess Pages*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 28th day of April, 2014.

/s/ Benjamin H. Richman

PLAINTIFF'S UNOPPOSED          3          CASE NO. 8:12-CV-00725-FMO-AN
MOTION FOR EXCESS PAGES