JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KULESA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PC CLEANER, INC., a California Corp.,<br><br>    Defendant. | Case No. SA CV 12-0725 FMO (ANx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement, Incentive Award, and Attorneys' Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Virginia Kulesa shall be paid an incentive payment of $2,000, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $316,015.02 in attorney's fees, in accordance with the terms of the Settlement Agreement and the Order.

3. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 26th day of August, 2014.

                                                         /s/
                                         Fernando M. Olguin
                                     United States District Judge